1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                Case No. 2:23-MC-00162-DJC-JDP

12            Plaintiff,                      **[PROPOSED] FINDINGS AND
                                              RECOMMENDATIONS FOR FINAL
13        v.                                  ORDER OF CONTINUING GARNISHMENT**

14   BRENT LEE NEWBOLD,                        Criminal Case No. 2:14-CR-00223-JAM

15            Debtor.

16   _____

17   INVESCO INVESTMENT SERVICES, INC.,

18            Garnishee.

19   _____

20        The Court, having reviewed its files and the United States' Request for Findings and

21   Recommendations for Final Order of Continuing Garnishment, and good cause appearing, hereby

22   recommends a Final Order of Continuing Garnishment be granted.

23        Accordingly, IT IS RECOMMENDED that:

24        1.    The United States' Request for Findings and Recommendations for Final Order of

25   Continuing Garnishment be GRANTED;

26   ///

27   ///

28   ///

                [PROPOSED] FINDINGS AND RECOMMENDATIONS          1

2.      Invesco Investment Services, Inc., be directed to pay the Clerk of the United States District Court all funds held by Garnishee in which Debtor has an interest, including, but not limited to account ending in 2071 within fifteen (15) days of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:14-CR-00223-MCE) shall be stated on the payment instrument;

3.      The United States be entitled to recover a $276,577.52 litigation surcharge after satisfaction of the judgment amount owed by Brent Lee Newbold;

4.      The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5.      The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days, after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:      October 18, 2024                      _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND RECOMMENDATIONS                    2