IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT LEE NEWBOLD,<br><br>    Debtor.<br><br>INVESCO INVESTMENT SERVICES, INC.,<br><br>    Garnishee. | Case No. 2:23-MC-00162-DJC-JDP<br><br>**FINAL GARNISHMENT ORDER**<br><br>Criminal Case No. 2:14-CR-00223-DJC |

    The Court, having reviewed the court files, the United States of America's request for entry of a final garnishment order, and the parties' Settlement Agreement, and good cause appearing therefrom, hereby APPROVES the Settlement Agreement in its entirety. Accordingly, IT IS ORDERED that:

    1.    Garnishee Invesco Investment Services, Inc. is directed to turn over all funds held by Garnishee within 15 days of receipt of this order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

        Clerk of the Court
        501 I Street, Suite 4-200
        Sacramento, California 95814

The criminal case number (2:14-CR-00223) shall be written on the payment instrument.

2. Once the Clerk of the Court receives the funds, the United States shall file a request to terminate the writ of garnishment and close this case.

3. All parties will bear their own fees, expenses, and costs.

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated:  November 4, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE